**Opinion issued May 5, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00809-CV

————————————

**KENNARD LAW, P.C., Appellant**

**V.**

**THE DOCUMENT GROUP, INC. D/B/A ENCASE LEGAL, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-10630**

---

## MEMORANDUM OPINION

Appellant, Kennard Law, P.C., has neither established indigence for purposes of appellate costs nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(a). After being notified that this appeal was subject to dismissal, appellant has not

responded to this Court's notice and a clerk's record has not been filed.  *See* TEX.

R. APP. P. 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R.

APP. P. 37.3(b), 42.3(b), (c), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.